# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SHAUNESSY BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:16-cv-558-JDL |
| COMMISSIONER, | ) |
| SOCIAL SECURITY ADMINISTRATION | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 30) with the court on July 21, 2017, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

The Plaintiff ("Butler") filed an Objection to the Recommended Decision (ECF No. 31) on August 2, 2017. The Defendant filed a Response to the Plaintiff's Objection (ECF No. 32) on August 16, 2017. Butler filed a Supplement to the Objection (ECF No. 33) on August 25, 2017. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

The record evidence submitted to the ALJ at the initial hearing on September 14, 2015, included treatment records that only extended through 2013, despite the ALJ's attempts to obtain more records. *See* ECF No. 16-2 at 15. As the Recommended

Decision explains more fully, the record evidence "supports the ALJ's conclusion that jobs exist in the national economy that Plaintiff can perform on a full-time basis." ECF No. 30 at 4.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**.

**SO ORDERED.**

Dated: September 14, 2017

                                                  /s/ Jon D. Levy
                                               **U.S. DISTRICT JUDGE**